NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM M. MANOOGIAN,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3055

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110194-I-1.

---

## ON MOTION

---

## ORDER

William M. Manoogian files a supplemental motion for oral argument, which the court treats as a motion to supplement his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for oral argument, treated as a motion to supplement his opening brief, is granted to the extent that the motion shall be transmitted to the merits panel along with the opening brief.

FOR THE COURT

FEB 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William M. Manoogian
David F. D'Alessandris, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2012

JAN HORBALY
CLERK